**Electronically Filed**
**Supreme Court**
**SCAP-17-0000482**
**14-NOV-2018**
**02:10 PM**

SCAP-17-0000482

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KALAELOA VENTURES, LLC,
Appellant-Appellant,

vs.

CITY AND COUNTY OF HONOLULU,
Appellee-Appellee.

---

APPEALS FROM THE TAX APPEAL COURT
(CAAP-17-0000482, CAAP-17-0000483, CAAP-17-0000484, CAAP-17-0000485, CAAP-17-0000486, CAAP-17-0000487, CAAP-17-0000488, CAAP-17-0000489, CAAP-17-0000490, CAAP-17-0000491, CAAP-17-0000492, CAAP-17-0000493, CAAP-17-0000494, and CAAP-17-0000495)

(TX NOS. 17-1-0203, 17-1-0204, 17-1-0205, 17-1-0206, 17-1-0207, 17-1-0208, 17-1-0209, 17-1-0210, 17-1-0211, 17-1-0212, 17-1-0214, 17-1-0215, 17-1-0216, and 17-1-0217)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court by Pollack, J., filed July 27, 2018, is corrected as follows:

(1)  On page 30, line 2 of the paragraph that comprises the Conclusion, replace "order" with "orders";

(2) On page 30, line 2 of the paragraph that comprises the Conclusion, delete the words "the City Council of"; and

(3) On page 31, line 1, replace "is vacated" with "are vacated".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, November 14, 2018.



/s/ Richard W. Pollack

Associate Justice

